1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  JENNIFER LEE TARN, CSBN 240609
5  Special Assistant United States Attorney
         Social Security Administration
6        160 Spear Street, Suite 800
7        San Francisco, CA  94105
         Telephone: (415) 977-8825
8        Facsimile: (415) 744-0134
9        Email: Jennifer.Tarn@ssa.gov
10 Attorneys for Defendant

11                    **UNITED STATES DISTRICT COURT**
12                    **CENTRAL DISTRICT OF CALIFORNIA**
13                        **WESTERN DIVISION**

14 DARILYN RICE,                    ) Case No. 2:15-cv-09061-PLA
                                    )
15        Plaintiff,                )
                                    ) **JUDGMENT**
16        v.                        )
                                    )
17                                  )
   CAROLYN W. COLVIN, Acting        )
18 Commissioner of Social Security, )
                                    )
19        Defendant.                )
                                    )
20 _____  )

21
        The Court having approved the parties' stipulation to remand this case
22
   pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
23
   with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
24
   entered for Plaintiff.
25

26
   DATED: June 20, 2016        _____
27
                               HONORABLE PAUL L. ABRAMS
28                             UNITED STATES MAGISTRATE JUDGE

-1-