ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Darilyn Rice

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DARILYN RICE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　Defendant. | CASE NO. CV 15-09061-PLA<br><br>ORDER<br>AWARDING ATTORNEY'S<br>FEES AND COSTS PURSUANT<br>TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C.<br>§ 2412(d), AND COURT COSTS<br>PURSUANT TO<br>28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND FOUR-HUNDRED FIFTY DOLLARS and NO CENTS ($6,450.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: August 4, 2016

　　　　　　　　　　　　　　　　　*Paul L. Abrams*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Paul L. Abrams
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1